1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| LISA CORSON, | Case No.: 2:20-cv-08190-FMO-RAO |
| --- | --- |
| Plaintiff, | *Hon. Fernando M. Olguin Presiding* |
| v. | **ORDER ON STIPULATION [19] TO DISMISS ACTION WITH PREJUDICE** |
| EVENT FARM, INC., et al., | |
| Defendants. | |

1

<u>ORDER</u>:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

<u>IT IS SO ORDERED.</u>

Dated: November 20, 2020         By: _____/s/_____
                                    HON. FERNANDO M. OLGUIN
                                    UNITED STATES DISTRICT JUDGE